COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 April 30, 2015
 No. 10-13-00026-CV
ELIZABETH CADY, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF DONALD JASON WILDE, DECEASED
 v.
 JIMMIE LEE CARGILE AND TEXAS PREMIER RESOURCES, LLC
 
 
 From the 249[th] District Court
 Johnson County, Texas
 Trial Court No. C201100149
 
--------------------------------------------------------------------------------
JUDGMENT

 This Court has reviewed the briefs of the parties and the record in this proceeding as relevant to the issues raised and finds no reversible error is presented. Accordingly the trial court's judgment signed on November 13, 2012 is affirmed.
 It is further ordered that Jimmie Lee Cargile and Texas Premier Resources, LLC are awarded judgment against Elizabeth Cady, individually and on behalf of the Estate of Donald Jason Wilde for Jimmie Lee Cargile's and Texas Premier Resources, LLC's appellate costs that were paid, if any, by Jimmie Lee Cargile and Texas Premier Resources, LLC; and all unpaid appellate court costs, if any, are taxed against Elizabeth Cady, individually and on behalf of the Estate of Donald Jason Wilde.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK 

 By: ___________________________
 Nita Whitener, Deputy Clerk